THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Gary Waiters, Appellant.
 
 
 

Appeal From Jasper County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2011-UP-310   
 Submitted May 1, 2011  Filed June 20,
2011

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.  
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Issac McDuffie Stone, of Beaufort,
 for Respondent.
 
 
 

PER CURIAM:  Gary Waiters appeals his conviction and
 sentence for second-degree burglary, arguing the trial court erred in allowing the jury to hear prejudicial character
 evidence concerning a police investigation of Waiters for a prior burglary.  After thoroughly reviewing the record and briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Waiters's
 appeal and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED.  
FEW, C.J.,
 KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.